# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:17-M -01477(1) |
| | § |
| (1) J Juan Ramirez-Bautista | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **March 04, 2017** in **Kinney** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, J Juan RAMIREZ-Bautista, an alien, entered, or was found in the United States at or near Quemado, Texas, after having been denied admission, excluded, deported, or removed from the United States through Del Rio, Texas, Intl Bridge on November 13, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security or the Attorney General of the United States to reapply for admission thereto. Defendant being voluntarily in the United States unlawfully , a felony,

in violation of Title **8** United States Code, Section(s) **1326(a)(1)** .

I further state that I am a(n) **BPA** and that this complaint is based on the following facts: *"The defendant, J Juan RAMIREZ-Bautista, was arrested by Border Patrol Agents, on March 4, 2017 for being an alien illegally present in the United States.*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

Signature of Complainant
Guardiola, Juan Jr.
BPA

03/06/2017    at    DEL RIO, Texas
File Date                               City and State

VICTOR ROBERTO GARCIA
U.S. MAGISTRATE JUDGE                  Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.                Case Number: DR:17-M -01477(1)

(1) J Juan Ramirez-Bautista

**Continuation of Statement of Facts:**

Investigation and records of the Bureau of Citizenship and Immigration Services reveal the defendant was previously deported from the United States on November 13, 2016 through Del Rio, Texas, Intl Bridge . The defendant was found in the Western District of Texas without having obtained permission from the Secretary of Homeland Security or the Attorney General of the United States to re-apply for admission after being deported. The defendant is unlawfully present in the United States."

_____      _____
Signature of Judicial Officer                                         Signature of Complainant