REDACTED COPY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED
2017 MAR 29 AM 11: 26
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| UNITED STATES OF AMERICA | § | Cause No.: |
|---|---|---|
| | § | **INDICTMENT** |
| v. | § | |
| | § | [Vio: 8 U.S.C. § 1326(a) & (b)(1)/(2): |
| | § | Illegal Re-entry into the United States.] |
| J JUAN RAMIREZ-BAUTISTA | § | |

**DR17CR0339**

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
[8 U.S.C. § 1326(a) & (b)(1)/(2)]

That on or about March 4, 2017, in the Western District of Texas, Defendant,

J JUAN RAMIREZ-BAUTISTA,

an alien, attempted to enter, entered, and was found in the United States having previously been denied admission, excluded, deported and removed from the United States on or about November 13, 2016, and that the Defendant had not received the consent of the Attorney General of the United States and the Secretary of the Department of Homeland Security, to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(1)/(2).

A TRUE BILL.

FOREPERSON

RICHARD L. DURBIN, JR.
United States Attorney

By: _____
SARAH ELLA SPEARS
Assistant United States Attorney

SEALED:

UNSEALED: XX

## PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

**DR17CR0339**

COUNTY: KINNEY  USAO#: 2017R03559

DATE: MARCH 29, 2017  MAG. CT. #: DR17-1477M

AUSA: SARAH ELLA SPEARS

DEFENDANT: J JUAN RAMIREZ-BAUTISTA

CITIZENSHIP: MEXICO

INTERPRETER NEEDED: YES  LANGUAGE: SPANISH

DEFENSE ATTORNEY: JAVIER RIOJAS

ADDRESS OF ATTORNEY: PO BOX 2001, EAGLE PASS, TEXAS 78853

DEFENDANT IS: DETAINED  DATE OF ARREST: MARCH 4, 2017

BENCH WARRANT NEEDED: NO

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY: N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: INDICTMENT

OFFENSE: (Code & Description): 8 U.S.C. § 1326(a)(1) & (b)(1)/(2) - Illegal Reentry after Deportation.

OFFENSE IS: FELONY

MAXIMUM SENTENCE: 20 years imprisonment; a $250,000 fine; 3 years of supervised release; and a $100 special assessment.

PENALTY IS MANDATORY: YES & NO

REMARKS: See above

W/DT-CR-3